1  BARRY J. PORTMAN
   Federal Public Defender
2  LOREN D. STEWART
   Assistant Federal Public Defender
3  19th Floor Federal Building – Box 36106
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant Brooks
6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )   No. CR-09-0109 EMC
                                  )
12              Plaintiff,         )   **STIPULATION & [PROPOSED] ORDER**
                                  )   **CONTINUING STATUS HEARING**
13                                )
   vs.                            )   **Current Hearing Date: July 13, 2010**
14                                )   Time:      9:15 a.m.
                                  )   Judge:     Hon. Edward M. Chen
15 LEONARD BROOKS,                )
                                  )   **Proposed Hearing Date: July 28, 2010**
16              Defendant.         )   Time:      10:00 a.m.
                                  )   Judge:     Hon. Edward M. Chen
17 _____)

18       The above-captioned case is currently on calendar at 9:15 a.m. on July 13, 2010, for a

19 status hearing and for further proceedings regarding detention. Lead counsel for Mr. Brooks,

20 Geoffrey Hansen, had a family emergency out-of-state and is unavailable next week. Mr. Hansen

21 also has a scheduling conflict on July 21, 2010 because of an evidentiary hearing before Judge

22 Alsup. Accordingly, counsel for Mr. Brooks respectfully requests that the Court vacate the July

23 13th hearing and add the matter to the Court's calendar on July 28, 2010, at 10:00 a.m.

24       Undersigned defense counsel has confirmation from AUSA Acadia Senese of her

25 availability for the proposed date, and also confirmed with Your Honor's Courtroom Deputy that

26 the Court is available on the proposed hearing date and time. Accordingly, the parties jointly

STIP & [PROPOSED] ORDER CONTINUING
STATUS HEARING, 09-0109 EMC          1

1 request that the Court vacate the July 13, 2010, hearing date and re-set the matter for July 28,

2 2010, at 10:00 a.m.

3

4 IT IS SO STIPULATED.

5

6  July 8, 2010
                                                          /s/
DATED                                        ACADIA SENESE
7                                                     Assistant United States Attorney

8
 July 8, 2010                                                 /s/
9 DATED                                        LOREN STEWART for GEOFFREY HANSEN
                                                  Attorneys for Leonard Brooks

10

11 **[PROPOSED] ORDER**

12      For good cause shown, the status conference now scheduled for Tuesday, July 13, 2010 is

13 vacated.  The matter shall be added to the Court's calendar on Wednesday, July 28, 2010 at

14 10:00 a.m.

15

16 IT IS SO ORDERED.

17

18

19  7/9/10
DATED

20 [Signature stamp: IT IS SO ORDERED, Judge Edward M. Chen, United States District Court, Northern District of California]

21

22

23

24

25

26

STIP & [PROPOSED] ORDER CONTINUING
STATUS HEARING, 09-0109 EMC                    2